IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOVAN LANCE BRADLEY, :
:
    Petitioner :
: CIVIL ACTION NO. 3:19-CV-0390
v. :
: (Judge Caputo)
DEPARTMENT OF CORRECTIONS, :
*et al.*, :
:
    Respondents :

# ORDER

**AND NOW**, this **19th** day of **JUNE 2019**, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Eastern District of Pennsylvania.

2. The Clerk of Court is directed to **CLOSE** the case.

                         /s/ A. Richard Caputo
                         **A. RICHARD CAPUTO**
                         **United States District Judge**